PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Faheem Greene                                           Cr.: 20-00668-001
                                                                          PACTS#: 6312711

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2020

Original Offense:    Count One: Possession with Intent to Distribute Heroin and Fentanyl, 21 U.S.C. § §
                     841(a)(l) and (b)(l)(C), a Class C Felony

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Forfeiture

Type of Supervision: Probation                              Date Supervision Commenced: 12/08/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

**You must submit to home detention for a period of 6 months and comply with the Location Monitoring Program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. You must pay the cost of the monitoring.**

On April I, 2021, the offender was provided a schedule for personal errands (grocery shopping, laundromat, and to purchase a phone). He did not return home as directed. When questioned about his whereabouts, he stated that he was at a family event and would return home shortly. He was informed that his schedule did not permit him to attend a family event, that he was in noncompliance, and to return home immediately. At approximately 7:12 p.m., Mr. Greene was the victim of a shooting and was transported to Newark Beth Israel Hospital. On April 2, 2021, he was discharged from hospital and returned home.

Prob 12A-page 2
Faheem Greene

2 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**

On April 2, 2021, a home contact was conducted at the offender's residence. He was drug tested and the results were positive for Marijuana, Oxycodone and Opiates. When questioned, he admitted to using Marijuana and Oxycodone. Regarding the positive test for Opiates, he stated that he was prescribed Morphine pills for pain as a result of having been a victim of a shooting that occurred on April 1, 2021.

U.S. Probation Officer Action:

The Probation Office verbally reprimanded Mr. Greene for using illegal drugs and failing to abide by his Location Monitoring schedule. This is the offender's second notification to Your Honor. On January 22, 2021, a Report on Offender Under Supervision was submitted regarding his positive drug test for Marijuana and Oxycodone. At that time, we did not recommend any court action. Mr. Greene continues to attend mental health treatment at COPE Center. We are not recommending any court action be taken at this time. We will continue to monitor his compliance and notify the Court of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
      Senior U.S. Probation Officer

/ aaf

APPROVED:

_____  4/7/2_____
LUIS R. GONZALEZ                  Date
Supervising U.S. Probation Officer

Prob 12A-page 3
Faheem Greene

**Please c/1eck a box below to indicate tl,e Court's direction regarding action to be taken in tJ,is case:**

X   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

    Submit a Request for Modifying the Conditions or Term of Supervision

    Submit a Request for Warrant or Summons

    Other

s/Stanley R. Chesler, U. S. D. J.
_____
Signature of Judicial Officer

4/8/2021
_____
Date